# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KEVIN NATHANIEL BROWN,  :
    Petitioner  :
                                   :        No. 1:19-cv-534
v.  :
                                   :        (Judge Kane)
WARDEN OF LSCI ALLENWOOD,  :
    Respondent  :

## **ORDER**

**AND NOW**, on this 17th day of May 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's motion to correct the respondent to this action (Doc. No. 7) is **GRANTED,** and the Clerk of Court is directed to substitute the Georgetown Municipal Court for the respondent in this action;

2. The Clerk of Court is directed to **TRANSFER** this action to the United States District Court for the District of South Carolina; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                                      s/ Yvette Kane
                                                      Yvette Kane, District Judge
                                                      United States District Court
                                                      Middle District of Pennsylvania